### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ARTHUR SANDERS,** | ) | |
| | ) | **Case No. 1:15-cv-03309** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ABBVIE, INC., ET AL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Arthur Sanders, and his attorneys, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against defendants AbbVie, Inc., Abbott Laboratories, and AbbVie Products, LLC, who have not filed an answer at this time.

Dated: August 21, 2015

Respectfully Submitted,

**Bartimus, Frickleton, Robertson & Goza, P.C.**

By: _/s/ Anne M. Tarvin_____
Anne M. Tarvin
Missouri Bar No: 65405
11150 Overbrook Road, Suite 200
Leawood, KS  66211-2241
Phone: (913) 266-2300
Facsimile: (913) 266-2366
atarvin@bflawfirm.com

Attorney for Plaintiff

### CERTIFICATION OF SERVICE

I hereby certify that on August 21, 2015, a copy of the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) was filed electronically. Notice of this filing will

be sent to all parties by operation of the Court's electronic filing system.

By: _/s/ Anne M. Tarvin_____
Anne M. Tarvin
Missouri Bar No: 65405
11150 Overbrook Road, Suite 200
Leawood, KS 66211-2241
Phone: (913) 266-2300
Facsimile: (913) 266-2366
atarvin@bflawfirm.com